| | |
|---|---|
| 1 | McCARTHY, JOHNSON & MILLER |
|   |     Law Corporation |
| 2 | DIANE SIDD-CHAMPION, ESQ., #78140 |
|   | LORI A. NORD, ESQ., #87993 |
| 3 | 595 Market Street, Suite 2200 |
|   | San Francisco, CA  94105 |
| 4 | Telephone:  (415) 882-2992 |
|   | Facsimile:   (415) 882-2999 |
| 5 | E-mail:       dsidd-champion@mjmlaw.us |
|   | E-mail:       lnord@mjmlaw.us |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND; | Case No. CV 11-1448 MEJ <br><br> **[PROPOSED] ORDER OF CONDITIONAL DISMISSAL BASED ON SETTLEMENT** |
|             Plaintiffs, | |
|        v. | |
| OAKTOWN CONSTRUCTION, INC., | |
|             Defendant. | |

1  The parties to this action having represented to the Court that they have settled all outstanding
2  issues in this action, this case is conditionally dismissed, subject to Defendant complying with the
3  terms of the Settlement Agreement and Stipulation for Entry of Judgment.
4  Plaintiffs may reopen the case upon showing that Defendant has defaulted under the terms of
5  the Settlement Agreement and Stipulation for Entry of Judgment. In the event of such a default, the
6  Court shall enter judgment against Defendant pursuant to the terms of the Settlement Agreement and
7  Stipulation for Entry of Judgment.
8  IT IS SO ORDERED.

Dated: November 7, 2011

_____
MARIA-ELENA JAMES
United States Magistrate Judge