McCARTHY, JOHNSON & MILLER
    Law Corporation
DIANE SIDD-CHAMPION, ESQ., #78140
LORI A. NORD, ESQ., #87993
595 Market Street, Suite 2200
San Francisco, CA  94105
Telephone:  (415) 882-2992
Facsimile:  (415) 882-2999
E-mail:      dsidd-champion@mjmlaw.us
E-mail:      lnord@mjmlaw.us

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA PLASTERING INDUSTRY PENSION TRUST FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 SUPPLEMENTAL RETIREMENT BENEFIT FUND; BOARD OF TRUSTEES OF THE OPERATIVE PLASTERERS LOCAL UNION NO. 66 JOURNEYMAN AND APPRENTICE TRAINING TRUST FUND; and BOARD OF TRUSTEES OF THE PLASTERING INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND;<br><br>               Plaintiffs,<br><br>               v.<br><br>OAKTOWN CONSTRUCTION, INC.,<br>               Defendant.<br>_____ | Case No. CV 11-1448 MEJ<br><br>[~~PROPOSED~~] **ORDER OF CONDITIONAL DISMISSAL BASED ON SETTLEMENT** |

1    The parties to this action having represented to the Court that they have settled all outstanding

2    issues in this action, this case is conditionally dismissed, subject to Defendant complying with the

3    terms of the Settlement Agreement and Stipulation for Entry of Judgment.

4    Plaintiffs may reopen the case upon showing that Defendant has defaulted under the terms of

5    the Settlement Agreement and Stipulation for Entry of Judgment.  In the event of such a default, the

6    Court shall enter judgment against Defendant pursuant to the terms of the Settlement Agreement and

7    Stipulation for Entry of Judgment.

8    IT IS SO ORDERED.

9

10   Dated:  November 7, 2011

11   _____
     MARIA-ELENA JAMES
     United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28