1   McCARTHY, JOHNSON & MILLER
         Law Corporation
2   DIANE SIDD-CHAMPION, ESQ., #78140
    LORI A. NORD, ESQ., #87993
3   595 Market Street, Suite 2200
    San Francisco, CA  94105
4   Telephone:  (415) 882-2992
    Facsimile:  (415) 882-2999
5   E-mail:       dsidd-champion@mjmlaw.us
    E-mail:       lnord@mjmlaw.us
6
    Attorneys for Plaintiffs
7

**GRANTED**

*Judge Maria-Elena James*

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   BOARD OF TRUSTEES OF THE                    ) Case No. CV 11-1448 MEJ
     PLASTERING INDUSTRY WELFARE TRUST           )
12   FUND; BOARD OF TRUSTEES OF THE              ) **NOTICE OF DEFAULT**
     NORTHERN CALIFORNIA PLASTERING             ) **AND REQUEST FOR**
13   INDUSTRY PENSION TRUST FUND; BOARD          ) **REOPENING OF CASE**
     OF TRUSTEES OF THE OPERATIVE                )
14   PLASTERERS LOCAL UNION NO. 66               )
     SUPPLEMENTAL RETIREMENT BENEFIT             )
15   FUND; BOARD OF TRUSTEES OF THE              )
     OPERATIVE PLASTERERS LOCAL UNION            )
16   NO. 66 JOURNEYMAN AND APPRENTICE            )
     TRAINING  TRUST  FUND; and  BOARD OF        )
17   TRUSTEES OF THE PLASTERING                  )
     INDUSTRY LABOR-MANAGEMENT                   )
18   COOPERATION  COMMITTEE TRUST                )
     FUND;                                       )
19                                               )
                     Plaintiffs,                 )
20                                               )
                v.                               )
21   OAKTOWN CONSTRUCTION, INC.,                 )
                     Defendant.                  )
22   _____ )

23

24        In October 2011, Board of Trustees of the Plastering Industry Welfare Trust Fund; Board of

25   Trustees of the Northern California Plastering Industry Pension Trust Fund; Board of Trustees of the

26   Operative Plasterers Local Union No. 66 Supplemental Retirement Benefit Fund; Board of Trustees

27   of the Operative Plasterers Local Union No. 66 Journeyman and Apprentice Training Trust Fund; and

28   Board of Trustees of the Plastering Industry Labor-Management Cooperation Committee Trust Fund

1  ("Plaintiffs") and Oaktown Construction, Inc. ("Defendant") entered into a Settlement Agreement and

2  Stipulation for Entry of Judgment ("Settlement Agreement") that provided for Defendant to make

3  installment payments to Plaintiffs, and allowed Plaintiffs to enter judgment upon default.  (Sidd-

4  Champion Decl.,[1] ¶ 2, Exh. 1.)

5         Defendant failed to pay the installment payment due under the Settlement Agreement on

6  December 1, 2011.  (Sidd-Champion Decl., ¶¶ 3, 7.)  Plaintiffs took action to advise Defendant that

7  it was in default by sending a letter to Defendant by mail, e-mail and facsimile transmission.  (Sidd-

8  Champion Decl., ¶¶ 8-10, Exh. 2.)  Although the fax did not go through, the letter was apparently

9  received by mail and by e-mail.  (Sidd-Champion Decl., ¶¶8, 10.)

10        Pursuant to Paragraph 6 of the Settlement Agreement, Plaintiffs hereby file this Notice of

11  Default.

12        On November 7, 2011, the Court issued an Order of Conditional Dismissal Based on

13  Settlement (DKT #20).  The Order states, in pertinent part:  "Plaintiffs may reopen the case upon

14  showing that Defendant has defaulted under the terms of the Settlement Agreement and Stipulation

15  for Entry of Judgment.  In the event of such a default, the Court shall enter judgment against

16  Defendant pursuant to the terms of the Settlement Agreement and Stipulation for Entry of Judgment."

17        Plaintiffs hereby request that the case be reopened on account of Defendant's default.  If

18  Defendant has not cured the default within seven (7) calendar days of the filing of this Notice of

19  Default, Plaintiffs will ask the Court to enter judgment against Defendant pursuant to the terms of the

20  Settlement Agreement.

21                              **McCARTHY, JOHNSON & MILLER**
                                     **Law Corporation**
22

23  Dated:  December 21, 2011          By:   _/s/  Diane Sidd-Champion_
24                                            DIANE SIDD-CHAMPION
                                              Attorneys for Plaintiffs
25

26

27

28        [1]      "Sidd-Champion Decl." is the Declaration of Diane Sidd-Champion Re: Notice of
    Default filed herewith.